IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN MORRIS ALBRECHT,

                Plaintiff,                       ORDER

  v.

                                            11-cv-569-wmc

WARDEN DEIRDRE A. MORGAN,, *et al.*,

                Defendants.

---

        In an order entered on August 16, 2011, I assessed plaintiff John Albrecht an initial partial filing fee of $136.00 in this case and gave him until September 2, 2011 in which to submit his payment. Now, plaintiff has filed a letter stating that he has been moved from the Oakhill Correctional Institution in Oregon, Wisconsin to the McNaughton Correctional Center in Lake Tomahawk, Wisconsin. Plaintiff says that he was informed that it may take up to 30 days for him to have access to his money. He asks for an extension of time to pay the $136.00 initial partial filing fee in this case. Plaintiff's request will be granted.

ORDER

        IT IS ORDERED that plaintiff John Albrecht may have an enlargement of time to September 30, 2011 in which to submit a check or money order made payment to the clerk of court in the amount of $136.00. If, by September 30, 2011, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

        Entered this 2nd day of September, 2011.

                                    BY THE COURT:

                                    /s/

                                    STEPHEN L. CROCKER
                                    Magistrate Judge