IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN MORRIS ALBRECHT,

            Plaintiff,　　　　　　　　　OPINION AND ORDER

v.

　　　　　　　　　　　　　　　　　　　　　　　　　11-cv-569-wmc

DEIRDRE A. MORGAN, *et al.*,

            Defendants.

---

Plaintiff John Morris Albrecht filed this lawsuit under 42 U.S.C. § 1983, alleging that he was denied adequate medical care while incarcerated by the Wisconsin Department of Corrections. In particular, Albrecht alleged that his prescription for narcotic pain medication was wrongly discontinued pursuant to a prison policy. Defendants have filed a motion for summary judgment, a brief in support and a set of proposed findings of fact. Albrecht has neither filed a response nor requested an extension of time and his deadline to do so has expired. Moreover, Albrecht has been released from custody and has not provided a current address.

It is not the obligation of either this court or the clerk's office to search for litigants. Rather, it is the litigant's responsibility to advise the court of any change to his or her contact information. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593, 2008 WL 4922422 (7th Cir. 2008) (affirming the denial of a Rule 60(b) motion where movants claimed they did not receive notice of summary judgment due to a house fire, adding that "all litigants, including pro se litigants, are responsible for maintaining communication with the court"); *see also Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir.

2005) ("[A] litigant who invokes the processes of the federal courts is responsible for maintaining communication with the court during the pendency of his lawsuit."). Because plaintiff has failed to provide the court with a current address, it appears that he has abandoned his complaint.

Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that the complaint filed by plaintiff John Morris Albrecht is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for want of prosecution. Relief from this order may be granted upon a showing of good cause.

Entered this 27th day of June, 2014.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge