IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN MORRIS ALBRECHT,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                                Case No. 11-cv-569-wmc

DEIRDRE A. MORGAN,
TIMOTHY CORRELL,
ANN FARLEY, GARY HAMBLIN and
DEB LANCE,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff leave to proceed and dismissing plaintiff's claims against Deirdre Morgan, Ann Farley and Deb Lance; and

    (2) dismissing this case pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

| /s/ | 6/27/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |